UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL D. AMBLER, real-party-in-interest,<br><br>      Plaintiff,<br><br>   v.<br><br>JENNEIL PARKS in her official and individual capacity; CARL SIMPSON in his official and individual capacity; COUNTY OF SACRAMENTO in its municipal capacity; et al.,<br><br>      Defendants. | NO. CIV. S-08-884 FCD DAD PS<br><br><u>MEMORANDUM AND ORDER</u> |

----oo0oo----

    The court has reviewed pro per plaintiff Michael D. Ambler's "ex parte temporary restraining order and order to show cause re: preliminary injunction" and supporting "motion for preliminary injunction," filed April 28, 2008, and HEREBY specifically refers the matter to the assigned magistrate judge for preparation of findings and recommendations on the motion. Plaintiff has not set forth any immediate injury, and as such, this matter may be resolved on findings and recommendations by

1

| | |
|---|---|
| 1 | Magistrate Judge Drozd.  The case shall, in all respects, |
| 2 | otherwise proceed before Magistrate Judge Drozd pursuant to E.D. |
| 3 | Cal. L.R. 78-230(c)(21). |
| 4 |     IT IS SO ORDERED. |
| 5 | DATED: April 28, 2008 |

```
                                     FRANK C. DAMRELL, Jr.
                                     UNITED STATES DISTRICT JUDGE
```