UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. AMBLER, real party-in-interest,

        Plaintiff,

    v.

JENNEIL PARKS in her official and individual capacity; CARL SIMPSON in his official and individual capacity; COUNTY OF SACRAMENTO in its municipal capacity; et al.,

        Defendants.

2:08-cv-00884-FCD-DAD

ORDER RE REASSIGNMENT

        This case is reassigned to Judge Ralph R. Beistline under Local Rule, Appendix A(f)(1).

DATED: May 20, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

        I accept this reassignment. If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominated 2:08-cv-00884-RBB-DAD.

DATED: May 21, 2008

/s/ Ralph R. Beistline
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

1

1  　　　　The reassignment of this case to Judge Beistline is
2  approved.  The Clerk of the Court shall make appropriate adjustments
3  in the assignment of civil cases to reflect this reassignment.
4  　　　　IT IS SO ORDERED.
5  DATED: May 21, 2008

6  _____
　　GARLAND E. BURRELL, JR.
7  United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2