UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. MARTIN, real-party-in-interest, | |
| Plaintiff, | NO. CIV. S-07-2796 LKK/KJM PS |
| v. | |
| JENNELL PARKS, in her official and individual capacity, et al., | |
| Defendants. | |
| _____/ | |
| JACKIE MELLOW and SHARON A. MARTIN, | |
| Plaintiffs, | No. CIV. S-08-27 MCE/GGH PS |
| v. | |
| SACRAMENTO COUNTY, in its municipal capacity, et al., | |
| Defendants. | |
| _____/ | |

////

////

////

1

```
MICHAEL D. AMBLER, real-
party-in-interest,

            Plaintiff,            No. CIV. S-08-884 FCD/DAD PS

     v.

JENNELL PARKS, in her
official and individual           RELATED CASE ORDER
capacity, et al.,

            Defendants.
                                    /
```

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123 for the reason that they share the same factual allegations and name many of the same people as defendants. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

The court hereby orders that:

1. The actions denominated CIV. NO. S-08-27 MCE/GGH PS and CIV. NO. S-08-884 FCD/DAD PS are REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in the reassigned case only, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as CIV. NO. S-08-27 LKK/KJM PS and CIV. NO. S-08-884 LKK/KJM PS.

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this

1  reassignment.
2       IT IS SO ORDERED.
3       DATED:  June 13, 2008.
4
5
6  _____
   LAWRENCE K. KARLTON
7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26