IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL D. AMBLER, Plaintiff, vs. JENNEIL PARKS, et al., Defendants. | Case No. 2:08-cv-0884-RRB-DAD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

Before the Court are four unopposed motions to dismiss filed by Defendants and a request for injunctive relief filed by Plaintiff. Each of the pending motions was the subject of a thorough and well-reasoned recommendation by the Magistrate Judge at Docket 52, which the Court hereby **ACCEPTS AND ADOPTS** in its entirety. Plaintiff's Complaint is clearly without merit.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's April 28, 2008, Motion for Preliminary Injunction at Docket 8 is **DENIED**;

2. The Motion to Dismiss filed by Defendants Mize, Candee, Brown, Krabbenhoft, and Krause on May 19, 2008, at Docket 12 is **GRANTED.**

3. The Motion to Dismiss filed by Defendant Acero on May 19, 2008, at Docket 15, is **GRANTED.**

4. The Motion to Dismiss filed by Defendants County of Sacramento, County of Sacramento Department of Planning, O'Brien, Ryan, Parks, Simpson, Marsh, Scully, Dickinson, and McGinness on May 19, 2008, at Docket 19, is **GRANTED;**

5. The Motion to Dismiss filed by Defendants Hollows, Scott, Montoya, and Hall on June 30, 2008, at Docket 40, is **GRANTED;** and

6. Plaintiff's Complaint is dismissed without leave to amend and this action is **DISMISSED WITH PREJUDICE.**

ENTERED this 24th day of March, 2009.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE